467 A.2d 1127

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**James R. TRUSS.**

Supreme Court of Pennsylvania.

Submitted Oct. 25, 1983.

Decided Dec. 1, 1983.

Michael Vedomsky, Asst. Dist. Atty., Easton, for appellant.

Salvador J. Salazar, Asst. Public Defender, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

The order of the Superior Court, 303 Pa.Super. 22, 449 A.2d 58 is vacated, see *Commonwealth v. Christmas,* 502 Pa. 218, 465 A.2d 989 (1983), and the record is remanded to the Superior Court for the disposition of any remaining claims of error.